UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

TANJA R. KINNEY,

Debtor.

Case No. 21-11338 MER
Chapter 7

## ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES AS LISTING AGENT/BROKER

This matter having come before the Court on the Trustee's Application to Employ BK Global Real Estate Services as Listing Agent/Broker (the "Application") filed by Jared C. Walters, chapter 7 trustee (the "Trustee"), and the Court being advised in the premises, the Court hereby:

ORDERS that the Application is GRANTED. Trustee is authorized to employ BK Global Real Estate Services as listing agent/broker in connection with the marketing and sale of the address of 298 Middle Street, Rangely, Colorado 81648 (the "Property"). The Court further

ORDERS that commissions shall be earned only upon closing of the sale of the Property and shall not be paid without prior application and approval of this Court.

DATED this  10th  day of  August , 2021.

BY THE COURT:

_____
Hon. Michael E. Romero, Chief Judge
United States Bankruptcy Court