# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 21-11338 MER |
| TANJA R. KINNEY, ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## ORDER GRANTING TRUSTEE'S SUPPLEMENTAL APPLICATION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES AS LISTING AGENT/BROKER

This matter having come before the Court on the Trustee's Supplemental Application to Employ BK Global Real Estate Services as Listing Agent/Broker (the "Application") filed by Jared C. Walters, chapter 7 trustee (the "Trustee"), and the Court being advised in the premises, the Court hereby:

ORDERS that the Application is GRANTED. Trustee is authorized to employ BK Global Real Estate Services and its affiliates Elk Mountain Realty Ltd. and Max Becker as listing agent/broker in connection with the marketing and sale of the address of 298 Middle Street, Rangely, Colorado 81648 (the "Property"). The Court further

ORDERS that commissions shall be earned only upon closing of the sale of the Property and shall not be paid without prior application and approval of this Court.

DATED this __15th__ day of __September__, 2021.

BY THE COURT:

Hon. Michael E. Romero
United States Bankruptcy Judge